UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

ANDRE WALTON,                          :
                                       :
                 Plaintiff,            :
                                       :
       -v-                             :
                                       :           10 Civ. 6301 (JSR)
CORRECTION OFFICER ALSTON,             :
Individually, CORRECTION OFFICER       :              ORDER
ALSTON, in her Official Capacity, NEW  :
YORK CITY DEPARTMENT OF CORRECTIONAL   :
SERVICES, COMMISSIONER MARTIN F.       :
HORN, Dept. of Corrections,            :
                                       :
                 Defendants.           :
------------------------------------ x



JED S. RAKOFF, U.S.D.J.

        On February 15, 2011, the Honorable James C. Francis IV, United

States Magistrate Judge, issued a Report and Recommendation in the

above-captioned matter recommending that the plaintiff's <u>in forma</u>

<u>pauperis</u> status be revoked and that plaintiff be given thirty days to

submit the filing fee or to demonstrate that he meets the imminent

danger exception under 28 U.S.C. § 1915(g).

        Petitioner has failed to file any objection to the Report and

Recommendation, and, for that reason alone, has waived any right to

review by this Court.  See <u>Thomas v. Arn</u>, 474 U.S. 140, 147-48 (1985);

<u>Mario v. P & C Food Markets, Inc.</u>, 313 F.3d 758, 766 (2d Cir. 2002);

<u>Spence v. Superintendent, Great Meadow Corr. Facility</u>, 219 F.3d 162,

174 (2d Cir. 2000).  Accordingly, the Court hereby adopts the Report

and Recommendation in its entirety.  Plaintiff's <u>in</u> <u>forma</u> <u>pauperis</u>

status is hereby revoked, and plaintiff is directed to either submit

the filing fee or to demonstrate that he meets the imminent danger

exception under 28 U.S.C. § 1915(g) within thirty days of the filing of

this Order.

       SO ORDERED.

                                              _____

                                            JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
       March 10, 2011

2

.